IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

MARIO JONES,

     PLAINTIFF,

VS.

                              CIVIL ACTION NO.
                              JURY TRIAL DEMANDED

SHELBY COUNTY, TENNESSEE,
WELLPATH, LLC, A DELAWARE LIMITED LIABILITY
CORPORATION,
SHERIFF FLOYD BONNER, CHIEF KIRK FIELDS,
AND ASSISTANT CHIEF GEORGE ASKEW,
IN THEIR INDIVIDUAL CAPACITIES,

     DEFENDANTS.

## NOTICE OF REMOVAL BY DEFENDANT SHELBY COUNTY, TENNESSEE

Defendant Shelby County, Tennessee[1], pursuant to 28 U.S.C. §§ 1441 and 1446 and other applicable provisions of law, removes this civil action to this Court, and states as follows:

1.    On December 2, 2025, Plaintiff Mario Jones ("Plaintiff") commenced a civil action against these Defendants by filing a Complaint in the Circuit Court of Tennessee for the Thirtieth Judicial District at Memphis, *Mario Jones v. Shelby County Tennessee, et al.* docket number CT-6153-25.

---

[1] The Plaintiff names Shelby County, Tennessee, along with Sheriff Floyd Bonner, Chief Kirk Fields, and Assistant Chief George Askew as Defendants, but Sheriff Floyd Bonner, Chief Kirk Fields and Assistant Chief George Askew are not proper Defendants. Shelby County's files this removal notice in this matter without waiving any applicable defenses.

2.      In compliance with 28 U.S.C. § 1446(a), copies of Plaintiff's Complaint and the Summons in a Civil Action served on Defendant Shelby County, Tennessee (which together constitute all process, pleadings, and orders served on these Defendants, or any of them, in the Circuit Court action) are attached hereto as Collective Exhibit A.  Defendant Shelby County, Tennessee was served with the Complaint on December 3, 2025.

3.      The Court has subject matter jurisdiction of the claims alleged in Plaintiff's Complaint.  In his Complaint, Plaintiff alleges in relevant part that he brought this action against the Defendants pursuant to 42 U.S.C. § 1983, the Eighth (8th) and Fourteenth (14th) Amendments to the United States Constitution among other Tennessee constitutional, statutory, and common laws.  Thus, Plaintiff alleges claims arising under federal law, of which the Court has jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1343.  The Court has supplemental jurisdiction of Plaintiff's state law claims pursuant to 28 U.S.C. § 1367, in that such claims are so related to the claims alleged under 42 U.S.C. § 1983 and 1988, the Eighth (8th) and Fourteenth (14th) Amendments to the United States Constitution that they form a part of the same case or controversy.

4.      The Court has removal jurisdiction of this civil action pursuant to 28 U.S.C. § 1441(a).

5.      Upon information and belief, and upon diligent review of undersigned counsel of the on-line docket report regarding the state court action, as of the filing of

this Notice of Removal, all Defendants have been served with process in the state court action and consent to this action.

6.    Pursuant to 28 U.S.C. § 1446(b), the Notice of Removal is timely filed.

7.    Venue is proper herein.

8.    In compliance with 28 U.S.C. § 1446(d), a Notice of Filing of Notice of Removal will be filed in the Circuit Court of Tennessee for the Thirtieth Judicial District at Memphis promptly after the filing of this Notice of Removal.

9.    Also in compliance with 28 U.S.C. § 1446(d), this Defendant will promptly serve Plaintiff (via counsel) with written notice of the removal of this action.

10.    This Defendant expressly reserves the right to raise all applicable defenses in this civil action after its removal to this Court.

WHEREFORE, Defendant Shelby County, Tennessee removes this civil action from the Circuit Court of Tennessee for the Thirtieth Judicial District at Memphis to this Court.

Respectfully submitted,
*/s/ Julia Marie Hale*
R. H. "CHIP" CHOCKLEY (#20680)
chip.chockley@shelbycountytn.gov
JULIA MARIE HALE (#37204)
julia.hale@shelbycountytn.gov
SHELBY COUNTY ATTORNEY'S OFFICE
160 North Main Street, Suite 950
Memphis, TN  38103
(901) 222-2100
*Attorneys for Defendant Shelby County*

<u>Certificate of Service</u>

I certify that the foregoing is being filed via the Court's ECF system this 22nd day of December, 2025, for service on all persons registered in connection with this civil action, including:

Andre C. Wharton
The Wharton Law Firm
1575 Madison Avenue
Memphis, Tennessee 38104
901-726-6884
Counsel for Plaintiff

Nelson T. Rainey
5100 Poplar Avenue, Suite 1212
Memphis, Tennessee 38137
Counsel for Wellpath, LLC

*/s/ Julia Marie Hale*